IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LYNDON BAINES DAVIS,

        Movant,

vs.                                                         No. CV 16-00728 JB/WPL
                                                            No. CR 99-01100 JB

UNITED STATES OF AMERICA,

        Respondent.

## ORDER

THIS MATTER is before the Court on the *pro se* Movant, Lyndon Baines Davis's Motion for Appointment of Counsel (CV Doc. 1). The Court has also reviewed the docket in Davis's criminal case no. CR 13-00569 LH.

Davis's Motion recites that he is challenging his sentence on the grounds that it is unconstitutional under the Supreme Court's ruling in *Johnson v. United States* (CV Doc. 1). However, Davis may only challenge his conviction and sentence under *Johnson* by a motion under 28 U.S.C. § 2255 and may not seek relief under Section 2241. *See* 28 U.S.C. § 2255(a) and (e); *Bradshaw v. Story,* 86 F.3d 164, 166 (10th Cir. 1996) ("The exclusive remedy for testing the validity of a judgment and sentence, unless it is inadequate or ineffective, is that provided for in 28 U.S.C. § 2255"). Therefore, the Court intends to recharacterize Davis's' Motion as a first 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. Pursuant to *Castro v. United States,* 540 U.S. 375 (2003), when

> a court recharacterizes a pro se litigant's motion as a first § 2255 motion . . . the district court must notify the pro se litigant that it intends to recharacterize the pleading, warn the litigant that this recharacterization means that any subsequent § 2255 motion will be subject to the restriction on "second or successive" motions,

1

> and provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has.

*Id.* at 383.  Consistent with *Castro,* the Court notifies Davis that it intends to recharacterize his Motion as a § 2255 motion and afford him an opportunity to withdraw the motion or to amend it to add additional claims he may have.  *See* Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Courts (providing that a motion to vacate, set aside, or correct sentence must: "(1) specify all grounds for relief available to the moving party; (2) state the facts supporting each ground; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury by the movant or by a person authorized to sign it for the movant.").  If Davis fails to timely amend or withdraw his Motion, then Davis's Motion will be recharacterized and any subsequent § 2255 motions will be subject to the restriction on "second or successive" motions in 28 U.S.C. §§ 2244 and 2255(h).

**IT IS ORDERED** that Movant Lyndon Baines Davis is **GRANTED** leave to amend or withdraw his Motion (CV Doc. 1), which the Court intends to recharacterize as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, within twenty-one (21) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court **MAIL** a copy of this Order, together with a form § 2255 motion and instructions, to Davis and to the Federal Public Defender.

_____
UNITED STATES MAGISTRATE JUDGE